IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AARON MADSEN, | CV 24-90-M-KLD |
| Plaintiff, | |
| vs. | ORDER |
| MARTIN O'MALLEY, Commissioner of Social Security Administration, | |
| Defendant. | |

On August 6, 2024, Defendant Martin O'Malley filed a Stipulated Motion to Remand this case to the agency for further administrative proceedings. (Doc. 5). Accordingly,

IT IS ORDERED that the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the Commissioner will offer Plaintiff the opportunity for a hearing, further develop the record as necessary, and issue a new decision.

1

IT IS FURTHER ORDERED that the Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Upon proper application, Plaintiff may seek an award of reasonable attorneys fees under the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 6th day of August, 2024.

_____
Kathleen L. DeSoto
United States Magistrate Judge