UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AARON MADSEN,<br><br>                Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br><br>                Defendant. | Case No. CV-24-090-M-KLD<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the above-captioned case is REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

    Dated this 6th day of August, 2024.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Annie Puhrmann
                                Annie Puhrmann, Deputy Clerk