IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| AARON MADSEN,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | CV 24-90-M-KLD<br><br>ORDER |

Plaintiff has filed an Unopposed Motion for Attorney's Fees in the amount of $2,500.00 pursuant to 42 U.S.C. § 406(b). (Doc. 11). Accordingly, and good cause appearing,

IT IS ORDERED that Plaintiff's motion (Doc. 11) is GRANTED. Plaintiff's counsel is awarded attorney's fees in the amount of $2,500.00 pursuant to 42 U.S.C. § 406(b), which represents approximately 7% of Plaintiff's back-due social security benefits awarded to him under Title II of the Social Security Act. (Doc. 11). Plaintiff's counsel was previously awarded $538.16 in attorney's fees under the Equal Access to Justice Act by this Court in an order dated September 30,

2024. (Doc. 10). Pursuant to the offset provisions of the EAJA, upon receipt of the full attorney's fee under 42 U.S.C. § 406(b) by Plaintiff's counsel, he is ordered to reimburse to Plaintiff EAJA fees in the amount of $538.16 that were previously awarded.

DATED this 24th day of August, 2026.

Kathleen L. DeSoto
United States Magistrate Judge